# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **THERESA BELL,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 6:24-CV-00147-ADA-DTG |
| **CITY OF TEAGUE,** | § | |
| *Defendant,* | § | |

## ORDER ON ADVISORY TO THE COURT (DKT. NO. 12)

Before the Court is an Advisory to the Court (Dkt. No. 12) which the Court construes to be Alfonso Kennard, Jr.'s motion to withdraw as counsel for the plaintiff, Teresa Bell. The Advisory fails to comply with Local Court Rule AT-3, which requires a motion and the client's signature or an explanation about why the client's signature could not be obtained. Mr. Kennard is hereby **ORDERED** to submit a motion complying with Local Court Rule AT-3 within fourteen days of this Order and include proof that a copy of this Order has been sent by email and mail to the plaintiff.

A search of public information indicates that Mr. Kennard, Jr., Texas Bar No. 24036888, has not retired as stated in his advisory but has been suspended from the practice of law. https://www.texasbar.com/AM/Template.cfm?Section=Find_A_Lawyer&template=/Customsource/MemberDirectory/MemberDirectoryDetail.cfm&ContactID=209266 (last visited Sept. 19, 2025). Mr. Kennard is further **ORDERED** to address that discrepancy in his motion.

The clerk of the Court is also **INSTRUCTED** to mail a copy of Mr. Kennard, Jr.'s Advisory to the Court (Dkt. No. 12) and a copy of this Order to the plaintiff at her last known address: 120 Private Road 614, Teague, Texas 75860. *See* Dkt. No. 1 at 1.

Finally, the plaintiff, Theresa Bell, is **ORDERED** to file an advisory with the Court on or before October 31, 2025, informing the Court about whether she has obtained new counsel, her progress toward obtaining counsel, or her intention to proceed pro se. Plaintiff is advised that the failure to respond to this Order might result in the dismissal of her claims for failure to prosecute.

It is further **ORDERED** that this case is **STAYED** pending the resolution of the issue of the plaintiff's legal representation.

**SIGNED** this 19th day of September, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE